Patrick S. Aguirre (SBN: 189103)
attorney@paguirrelaw.com
**LAW OFFICES OF PATRICK S. AGUIRRE AND ASSOCIATES, A PLC**
1107 R Street.
Fresno, California. 93721
Telephone: (562) 904-4337
Facsimile:  (562) 928-3999

Attorney for Defendant,
SAUL ONTIVEROS SOLIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL ONTIVEROS SOLIS,<br><br>Defendant. | Case No. 1:20-CR-00016-DAD-BAM<br><br>**REQUEST TO SEAL SENTENCING MEMORANDUM AND EXHIBIT; and order** |

COMES NOW counsel for Defendant Saul Ontiveros Solis hereby requests that the District Court Judge pursuant to local rule 141 seal documents filed herewith.

Its hereby ordered that the sentencing memo and attached exhibit are sealed.

IT IS SO ORDERED.

Dated: __**August 23, 2022**__   _____
UNITED STATES DISTRICT JUDGE

**DEFENDANT SAUL ONTIVEROS SOLIS'S POSITION RE: SENTENCING; EXHIBITS**