PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00016-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| SAUL GIOVANNI ONTIVEROS SOLIS, | DATE: September 6, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 6, 2022.

2. By this stipulation, government now moves to continue the sentencing until October 11, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for government has been out of the office for over week due to illness and was unable to prepare and timely file a sentencing memorandum in this matter.

    b) Counsel for government desires additional time to submit a sentencing memorandum and prepare for sentencing.

    c) Counsel for defendant does not object to the continuance.

1

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 1, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  September 1, 2022

/s/ PATRICK AGUIRRE
PATRICK AGUIRRE
Counsel for Defendant
SAUL GIOVANNI
ONTIVEROS SOLIS

IT IS SO ORDERED.

Dated:   September 1, 2022

UNITED STATES DISTRICT JUDGE

2